# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Nancy Ann Walcutt** _____  Case No. _____
                                             Debtor(s)                Chapter  **7**  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**FAHE Inc** | Describe Property Securing Debt:<br>**House and Lot located at 1115 Fielding Drive, Maryville, TN 37804** |
|---|---|

Property will be (check one):
- ☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt               ☐ Not claimed as exempt

---

Property No. 2

| Creditor's Name:<br>**FAHE Inc** | Describe Property Securing Debt:<br>**House and Lot located at 1115 Fielding Drive, Maryville, TN 37804** |
|---|---|

Property will be (check one):
- ☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt               ■ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name:<br>**Ladies Total Fitness** | Describe Leased Property:<br>**Gym Membership - Reject** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |
|---|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **April  5, 2010**                                          Signature  **/s/ Nancy Ann Walcutt**

                                                                              **Nancy Ann Walcutt**
                                                                              Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Tennessee

IN RE:
**Nancy Ann Walcutt,**
**AKA Nancy Ann Bonner; AKA Nancy Ann**
**Simerly,**

\* CASE NO.:
\*
\*
\* CHAPTER:  **7**
\*
\*

_____ Debtor \*

## CERTIFICATE OF SERVICE

I certify that on this day, I served the following parties with a copy of the "Debtor's Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

Patricia Foster
U.S. Trustee's Office
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Nancy Walcutt
1115 Fielding Drive
Maryville, TN 37804

FAHE Inc
PO Box 908
Berea KY  40403

FAHE Inc
PO Box 908
Berea KY  40403

Ladies Total Fitness
PO Box 497
Layton UT  84041

Dated: 4/12/2010

 /s/ Zachary Burroughs, 025896
Zachary Burroughs, 025896,
Attorneys for Debtor
Clark & Washington, P.C.
5401 Kingston Pike
Building 3, Suite 610
Knoxville, TN 37919
865-281-8084